FILED 22 JUN '11 16:11 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 10-CR-00512-MO |
| v. | **SUPERSEDING INFORMATION** |
| ANDRE MARCELLE MILLER, | 18 U.S.C. § 3<br>**Accessory After The Fact** |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

On or about November 5, 2010, in the District of Oregon and Western District of Washington, ANDRE MARCELLE MILLER, defendant herein, knowing that an offense against the United States had been committed, did assist one or more offenders in order to hinder and prevent their apprehension, trial, and punishment, all in violation of Title 18, United States Code, Section 3.

Dated this 22 day of June, 2011.

DWIGHT C. HOLTON
United States Attorney

*/s/ Johnathan S. Haub*

JOHNATHAN S. HAUB, OSB #76165
Assistant United States Attorney

PAGE 1 - SUPERSEDING INFORMATION